UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

### PRETRIAL SERVICES VIOLATION PETITION

FILED
2005 APR 28  P 5 03
CLERK US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____
DEPUTY

The United States,

-vs-

**CHRISTOPHER NACE WOOD**                    Docket No. 1:05-0087 AWI

COMES NOW <u>Dan Stark</u>, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of <u>Christopher Nace Wood</u>, who was placed on bond by the <u>Honorable Lawrence J. O'Neill, U.S. Magistrate Judge</u>, sitting in the Court at <u>Fresno, California</u>, on the 9th day of <u>March 2005</u>, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** False Claims and Aiding and Abetting

**BOND CONDITIONS:** <u>Please see attached.</u>

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant failed to obey all laws in that he is alleged to have committed kidnaping, false imprisonment, and battery on or about April 22, 2005.

**PRAYING THAT THE COURT WILL ORDER** that a bench warrant be issued for the arrest of the defendant.

**LAST KNOWN ADDRESS:** 3804 Sechrest Avenue, Bakersfield, California 93309

**TELEPHONE NUMBER:** (661) 831-4839

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2005.

Respectfully submitted,

DAN STARK
Pretrial Services Officer
DATE: April 28, 2005

### ORDER

**X**   The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ **No Bail**

___   The Court hereby orders this ex parte motion and order be sealed.

___   The Court orders a summons be issued with an appearance date of _____

___   The Court hereby orders this matter placed on this court's calendar on _____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

___   The Court orders no action be taken.

Considered and ordered this **28** day of **April**, 2005, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below

(X) (6) The defendant is placed in the custody of

Name of person or organization <u>Ashley Carter</u>
Address <u>3801 Soranno Avenue, Apt D</u>
City and State <u>Bakersfield CA 93308</u>    Telephone Number <u>(661)378-4240</u>

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears

SIGNED: _____
CUSTODIAN OR PROXY

(X) (7) The defendant shall
- ( ) (a) maintain or actively seek employment, and provide proof thereof to the PSO upon request
- ( ) (b) maintain or commence an educational program
- (X) (c) abide by the following restrictions on his personal associations, place of abode, or travel
  Reside at 3801 Soranno Ave, Apt D, Bakersfield CA and not move or be absent from this residence for more than 24 hrs without prior approval of PSO, travel restricted to ED-CA unless otherwise approved in advance by PSO
- (X) (d) avoid all contact with the following named persons who are considered either alleged victims or potential witnesses Lavonja E Dock, Robert E Jackson, Chemetria L Jeffers, Diondra T Key, Darlene D Lee, Davita Lee, Tamara R Lyles, Patrice A Martinez, Charlesetta J Morris, Nekia Morris, Cheryl Rhodes, Marsha D Sipple, Patty A Stubbs, and Shondra W Wilcher, unless in the presence of counsel or otherwise approved in advance by the PSO
- (X) (e) report on a regular basis to the following agency
  Pretrial Services and comply with their rules and regulations
- ( ) (f) comply with the following curfew
- ( ) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon
- (X) (h) refrain from ANY use of alcohol and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner
- ( ) (i) undergo medical or psychiatric treatment and/or remain in an institution, as follows Including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO
- (X) (j) executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release the following sum of money or designated property $1,000 unsecured appearance bond signed by Tammy Brown
- ( ) (k) post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money
- ( ) (l) execute a bail bond with solvent sureties in the amount of $
- ( ) (m) return to custody each (week)day as of o'clock after being released each (week)day as of o'clock for employment, schooling, or the following limited purpose(s)
- ( ) (n) surrender any passport to the Clerk, United States District Court
- ( ) (o) obtain no passport during the pendency of this case
- (X) (p) report in person to the Pretrial Services Agency on the first working day following your release from custody
- (X) (q) you shall submit to drug and/or alcohol testing as directed by PSO
- (X) (r) you shall report any prescriptions to PSO within 48 hours of receipt
- ( ) (s) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system
  - ( ) (i) **Curfew** You are restricted to your residence every day ( ) from _____ to _____ or ( ) as directed by the Pretrial Services office or supervising officer, or
  - ( ) (ii) **Home Detention** You are restricted to your residence at all times except for employment, education, religious services or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the Pretrial Services office or supervising officer, or
  - ( ) (iii) **Home Incarceration** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre approved by the Pretrial Services office or supervision officer

(Copies to Defendant, US Attorney, US Marshal, Pretrial Services)