Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Christopher Nace WOOD |
| **Docket Number:** | 1:05CR00087-001 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/22/2005 |
| **Original Offense:** | 18 USC 287 - False Claim to an Agency of the United States<br>(CLASS D FELONY) |
| **Original Sentence:** | 15 months BOP; 36 months TSR; $200 special assessment; $5,021 restitution; mandatory testing |
| **Special Conditions:** | Search; Not dissipate assets until restitution and special assessment paid in full; Provide financial information; No new credit charges or additional lines of credit without probation officer permission; DAPS; Testing; $5 co-payment; DNA collection |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 05/26/2006 |
| **Assistant U.S. Attorney:** | Stanley A. Boone     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Roger K. Vehrs     **Telephone:** (559) 442-4211 |

**Other Court Action:**

<u>**03/06/2006**</u>: Court notified regarding releasee's use of THC. Court approved that no further action be taken at time other than increased testing and counseling.

RE:   **Christopher Nace WOOD**
      **Docket Number:  1:05CR0087-001**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**03/23/2007:**          Conditions modified to include participation in a residential community corrections center, for a period not to exceed 120 days.

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. That the Court resend the previous order dated March 23, 2007, requiring that the defendant reside and participate in a residential community corrections center, for a period not to exceed 120 days.

2. The Court shall order that the defendant comply with the conditions of home detention for a period not to exceed 120 consecutive days to commence when directed by the probation officer.  During this time, the defendant will remain at place of residence except for employment and other activities approved in advance by the defendant's probation officer.  Defendant will maintain telephone service at his place of residence without a answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

   The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer.  The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

**Justification:**  Mr. Christopher Nace Wood was scheduled to enter the Turning Point, Bakersfield, Community Corrections Center on April 13, 2007.  On that date Mr. Wood went to the Mercy Hospital Emergency Room where he was diagnosed with a hernia that required surgery.  Mr. Wood could not be cleared for surgery on that day due to the necessity to have his heart doctor clear him for the procedure due to a previously

RE:   **Christopher Nace WOOD**
      **Docket Number:  1:05CR0087-001**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

diagnosed heart murmur.  Mr. Wood currently has an appointment with Dr. Kumar at the Heart Center scheduled for May 1, 2007, to determine how he is reacting to the previously prescribed medications.  Mr. Wood will then be scheduled for surgery assuming that his physical condition is stable.

The probation officer will recommend that Mr. Wood's previous modification of supervision requiring placement in the community corrections center for up to 120 days be replaced with an order requiring home confinement for the same period of time.  Home confinement will allow Mr. Wood to continue to receive medical attention without placing the burden of supervision upon the community corrections center.  The probation officer will maintain contact with Mr. Wood during any required hospital stay.  Mr. Wood has been informed that the probation officer would also assume the responsibility of collecting urine specimens to make sure that he does not continue the use of marijuana during this period of time.  Mr. Wood is in agreement with the proposed modification of his conditions of supervision.

                          Respectfully submitted,

                          /s/ Thomas A. Burgess

                        **THOMAS A. BURGESS**
                  **Senior United States Probation Officer**
                       Telephone:  (661) 861-4392

**DATED:**   April 19, 2007
             Bakersfield, California
             TAB:ks


**REVIEWED BY:**    **/s/ Rick C. Louviere**
                   **RICK C. LOUVIERE**
                   **Supervising United States Probation Officer**

**RE:   Christopher Nace WOOD**
      **Docket Number:  1:05CR0087-001**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( ✖ )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   April 21, 2007**                             /s/ Anthony W. Ishii
                                                       UNITED STATES DISTRICT JUDGE