Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Christopher Nace WOOD |
| **Docket Number:** | 1:05CR00087-001 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/22/2005 |
| **Original Offense:** | 18 USC 287 - False Claim to an Agency of the United States (CLASS D FELONY) |
| **Original Sentence:** | 15 months BOP; 36 months TSR; $200 special assessment; $5,021 restitution; mandatory testing |
| **Special Conditions:** | Search; Not dissipate assets until restitution and special assessment paid in full; Provide financial information; No new credit charges or additional lines of credit without probation officer permission; DAPS; Testing; $5 co-payment; DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/26/2006 |
| **Assistant U.S. Attorney:** | Stanley a. Boone            **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Roger K. Vehrs              **Telephone:** (559) 442-4211 |
| **Other Court Action:** | |
| **03/06/2006**: | Court notified regarding releasee's use of THC. Court approved that no further action be taken at time other than increased testing and counseling. |

RE:     **Christopher Nace WOOD**
        **Docket Number:  1:05CR00087-001**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


**03/23/2007:**            Conditions modified to include participation in a residential community corrections center, for a period not to exceed 120 days.

**04/22/2007**:            Court modified conditions of supervision to delete Order for placement in community corrections center for up to 120 days replacing it with requirement to comply with terms of home confinement for the same period of time.

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall comply with the conditions of home detention for a period of 60 days to commence when directed by the probation officer. During this time, the defendant will remain at place of residence except for employment and other activities approved in advance by the defendant's probation officer. The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

    At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

**Justification:** Mr. Christopher Nace Wood was arrested by the Bakersfield Police Department on May 29, 2008, and held in custody for 6 hours in reference to a violation of PC 647(f) - Public

**RE:     Christopher Nace WOOD**
        **Docket Number:  1:05CR00087-001**
        <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
        <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

Intoxication.  Mr. Wood is set for a Court appearance on June 23, 2008, in Kern County Superior Court in reference to this matter.  Mr. Wood is in agreement with the proposed modification of his conditions of supervision as supported by the attached Probation Form 49, waiving his right to a hearing.

                         Respectfully submitted,

                         /s/ Thomas A. Burgess

                    **THOMAS A. BURGESS**
               **Supervising United States Probation Officer**
                      Telephone:  (661) 861-4422

**DATED:**     June 13, 2008
               Bakersfield, California
               TAB:ks

RE:     **Christopher Nace WOOD**
**Docket Number:  1:05CR00087-001**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

**Dated:    June 16, 2008**                               /s/ Anthony W. Ishii
                                                         UNITED STATES DISTRICT JUDGE